Reversed and Remanded and Memorandum Opinion filed October 4, 2007








Reversed
and Remanded and Memorandum Opinion filed October 4, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00459-CV

____________

 

LAUREN GLASER,
Appellant

 

V.

 

BRAD T. GLASER,
Appellee

 



 

On Appeal from the 306th District
Court

Galveston County, Texas

Trial Court Cause No. 06FD0245

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 9,
2007.

On
September 20, 2007,  the parties filed a joint motion to reverse the
judgment and remand the cause to the trial court.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the judgment is reversed and the cause remanded to the trial court.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed October
4, 2007.

Panel consists of Chief Justice Hedges, Justices Yates
and Frost.